# EXHIBIT A



# Notice of Service of Process

LYN / ALL
Transmittal Number: 22181457
Date Processed: 10/20/2020

| | |
|---|---|
| Primary Contact: | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>One Tower Square<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| Entity: | The Standard Fire Insurance Company<br>Entity ID Number 2317464 |
| Entity Served: | Standard Fire Insurance Company |
| Title of Action: | White's Bass River Marine, LLC vs. The Travelers |
| Matter Name/ID: | White's Bass River Marine, LLC vs. The Travelers (10593945) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Barnstable County Superior Court, MA |
| Case/Reference No: | 2072CV00361 |
| Jurisdiction Served: | Massachusetts |
| Date Served on CSC: | 10/20/2020 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | Department of Insurance in MA on 10/07/2020 |
| How Served: | Regular Mail |
| Sender Information: | Michael B. Stusse<br>508-775-3433 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE

1000 Washington Street • Suite 810 • Boston, MA 02118-6200
(617) 521-7794 • FAX (617) 521-7475
http://www.mass.gov/doi

**CHARLES D. BAKER**
GOVERNOR

**KARYN E. POLITO**
LIEUTENANT GOVERNOR

**MIKE KENNEALY**
SECRETARY OF HOUSING AND
ECONOMIC DEVELOPMENT

**EDWARD A. PALLESCHI**
UNDERSECRETARY

**GARY D. ANDERSON**
COMMISSIONER OF INSURANCE

October 7, 2020

STANDARD FIRE INSURANCE COMPANY
c/o Corporation Service Company
84 State Street
Boston, MA 02109

**Re: Service of Process**

Dear Sir or Madam:

Enclosed you will find legal process which was served upon the Commissioner of Insurance, in his capacity as attorney and registered agent for, Service of Process* for a foreign insurance company, as provided for in Massachusetts General Laws, Chapter 175, §151(3) and §154.

\* **Please note**: All future inquiry or correspondence should be directed to the attention of the attorney of record of the enclosed documents.

Sincerely,

Stacy Siegan
Assistant to the General Counsel
(617) 521-7310

Enclosure(s)

## Commonwealth of Massachusetts

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO.: 2072CV00361

White's Bass River Marine
_____, PLAINTIFF(S),

v.

The Travelers, The Standard Fire Insurance Company
_____, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO  The Travelers, The Standard Fire Insurance Company . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the  Barnstable Superior Court.  **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a. Filing your signed original response with the Clerk's Office for Civil Business,  Superior  Court, by mail to P.O. Box 425, or in person to 3195 Main Street, Barnstable, MA 02630, **AND**

    b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address:  Michael B. Stusse, Esq. 25 Mid Tech Dr., Ste. C, W. Yarmouth, MA 02673 

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance:** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required Information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on ___September 23___, 20_20_. (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson*

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on ___October 7, 2020___ 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_By First Class Mail to Standard Fire Insurance Company c/o Corporation Service Company at 84 State Street, Boston, MA 02109_

Dated: __10/7/2020__, 20___       Signature: _Stacy Siegan_
                                             STACY SIEGAN

N.B.  **TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX — BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

> RECEIVED
> OCT - 7 2020
> DIVISION OF INSURANCE
> LEGAL DIVISION

# COMMONWEALTH OF MASSACHUSETTS

Barnstable, ss.                                    Superior Court
                                                   Civil Action No.

---

White's Bass River Marine, LLC }
                               }
v.                             }
                               }
Travelers, The Standard Fire   }
  Insurance Company            }

## COMPLAINT

1. The Plaintiff, White's Bass River Marine, LLC. is a Massachusetts limited liability company doing business at 160 Main Street, West Dennis, Massachusetts as Bass River Marina – hereinafter "The Insured".

2. The defendant, Travelers, is an insurance company headquartered in Buffalo, New York and doing business in the Commonwealth with its registered agent authorized to receive service of process being "Massachusetts Commissioner of Insurance" (hereinafter "Insurer").

3. The Insured is owner of a yacht named Nomad being a 48' sport fishing boat manufactured by Rampage Boat Builders and documented with the United States Coast Guard as Vessel No. 1199487.

4. The Insured purchased a policy of insurance entitled "your Travelers Yacht Policy" from the insurer which policy provided coverage for the time period relevant to this complaint.

5. On or about October 21, 2020, the insured's yacht was inspected and found to have a high moisture content in certain areas of the laminated hull.

6. In order to prevent delamination of the hull, the Insured did, on or about December of 2019, place the yacht in dry storage and begin a process to dry the hull.

7. The Insured notified the Insurer of the damage to the yacht in January of 2020.

8. The insurer has denied coverage under the policy and asserts inter alia that the policy of insurance was voided by the Insured when it took steps to dry the hull before reporting the loss.

9. As of the date of this complaint, the source of moisture intrusion into the hull has not been identified.

## COUNT ONE
## BREACH OF CONTRACT

10. The insured realleges and restates each and every allegation contained in paragraphs 1 through and inclusive of paragraph 9 as if expressly stated herein.

11. The defendant has breached its contract with the plaintiff in denying coverage for loss under the contract by:

    a. Failing to adjust the claim promptly and fairly;

    b. Failing to consult with its boat surveyor as to cause of the loss;

    c. Failing to adequately explain the reason(s) for its denial of coverage;

    d. Failing to investigate or discuss cause of the loss; and

    e. Denying responsibility to pay for the loss.

## COUNT TWO
## DECLATORY JUDGMENT

12. The plaintiff realleges and restates each and every allegation contained in paragraphs 1 through and inclusive of paragraph 11 as if expressly stated herein.

13. Pursuant to paragraph 13 of the policy, the plaintiff states that it has complied with the policy provisions.

14. Despite repeated demands, the defendant has failed and refused to comply with its obligations under the policy and denied coverage for the damage to the yacht.

15. Plaintiff seeks a declaratory judgment for the purposes of determining a question of actual controversy between the parties concerning its rights, obligations and coverage under the subject contract of insurance.

16. Plaintiff seeks a declaration that the contract of insurance provides full insurance coverage for all costs sustained by plaintiff to prevent further damage to the yacht, discover the cause of the moisture intrusion and resolve the cause of the moisture intrusion as well as loss of use of insured yacht.

## COUNT THREE
## UNFAIR CLAIMS SETTLEMENT PRACTICES

17. The plaintiff realleges and restates each and every allegation contained in paragraphs 1 through and inclusive of paragraph 16 as if expressly stated herein.

18. On or about July 17, 2020 plaintiff caused a demand letter to be sent to defendant pursuant to Massachusetts General law Chapter 176D Section 9 by certified mail alleging that defendant was engaging in unfair settlement practices due to its failure to investigate the cause of the loss (a true copy is attach hereto as Exhibit 1).

19. On or about July 27, 2020, defendant again denied coverage for the loss without explanation. A true copy of the denial of coverage letter is attached as Exhibit 2.

20. Failure to make an investigation of the cause of the loss and admit coverage liability is a violation under Massachusetts General Laws Chapter 93A Section 6 by reference to Massachusetts General Laws Chapter 176D.

WHEREFORE, plaintiff demands that judgment enter against the defendant for three times such sum as plaintiff might prove at trial including loss of use of the insured yacht, costs, and attorney's fees and for such other and fair compensation as the Court might determine.

Plaintiff:
White's Bass River Marine, LLC
By its attorney:

_____
Michael B. Stusse, Esq.
Ardito Law Group, PC
25 Mid Tech Drive, Suite C
West Yarmouth, MA 02673
Tel. (508) 775-3433
Fax: (508) 790-4778
mstusse@ravensent.com

Date: Sep 3, 2020



# ARDITO LAW GROUP
est. 1964


COPY

Charles J. Ardito, Esq.
1928-2017
Edward J. Sweeney, Jr., Esq.
Michael B. Stusse, Esq.
Donna M. Robertson, Esq.
Matthew J. Dupuy, Esq.
Kelly S. Jason, Esq.
Adam T. Dupuy, Esq.
Noel C.M. Scudder, Esq.
Alexa A. Mislitski, Esq.

Charles M. Sabatt, Esq.
of counsel

*Formerly Ardito, Sweeney, Stusse, Robertson & Dupuy, PC

July 17, 2020



**CERTIFIED MAIL, RRR**

Betsy Pitts, Claim Professional
Travelers
The Standard Fire Insurance Company
P.O. Box 430
Buffalo, NY 14240-0430

  RE: Insured:  Whites Bass River Marine, LLC
    Claim Number: H3I1036
    Policy Number: 0XJ849-602385455-840-1
    Date of Loss: 10/21/2019
    Loss Location: Unk West Dennis, MA

Dear Ms. Pitts:

  We are in receipt of your letter under date of June 26, 2020 regarding the above-numbered claim.

  We are disappointed in your response.

  You are denying coverage for the following reasons:

1. Initiation of the drying process prevents locating the source of the moisture. No one present at the May 26th meeting – being two marine surveyors and dry boat representatives – thought this to be true. Delamination is excluded from the policy. The drying process was initiated to prevent further damage not to repair it.

2. You also refer to Section D of the policy exclusions which are: neglect, wear and tear and gradual deterioration.

  We have all maintenance records for this yacht. It has not been neglected or abused.

  From my observation of the conversations of those present at the May 26th inspection, no one knowns why the hull contained so much moisture. Therefore, it is my conclusion that the moisture is the result of a latent defect. A latent defect is defined in the policy as a hidden flaw, not discoverable by ordinary observation or methods of testing.

FILE NO. G3624.07Z

Betsy Pitts, Claim Professional
July 17, 2020
Page 2

We believe that Travelers denial of coverage under these circumstances is a violation of Massachusetts General Law Chapter 176D Section 9 which defines unfair settlement practices to include

> "failure to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies."

In this matter Travelers has made no attempt to uncover the source of the intrusion. Rather the claim is being denied based on speculation.

We ask that you consider this a formal demand for coverage. In the event that a coverage decision is not made within 30 days of the date of this letter, we will file suit.

In the event of a recovery by judicial process, we will ask for treble damages and attorneys fees as provided by the statute.

I believe, therefore, that the loss is covered and will put the matter into suit.

Please advise as to whether you are authorized to accept service of process.

Very truly yours,

MICHAEL B. STUSSE

MBS/kal
cc: Client

A

G3624.07Z



**TRAVELERS J**

The Standard Fire Insurance Company
P.O. Box 430
Buffalo, NY 14240-0430

07/27/2020

Ardito Law Group
c/o Michael Stusse
25 Mid-Tech Dr. Ste C
West Yarmouth MA 02673

| | |
|---|---|
| Insured: | Whites-Bass-River LLC |
| Claim Number: | H3I1036 |
| Policy Number: | 0XJ849-602385455-840  -1 |
| Date of Loss: | 10/21/2019 |
| Loss Location: | Unk West Dennis MA |

Dear Mr. Stusse,

We are in receipt of your letter dated July 17, 2020 wherein you requested that we reconsider our previous coverage position. Unfortunately, Travelers must maintain its denial of coverage for this claim. As stated in our correspondence of March 23, 2020 and June 26, 2020, the initiation of the drying out of the hull prior to reporting the claim has prevented us from determining the original source of water ingress into the hull. As acknowledged in your letter, no one knows, or more accurately, can determine why the hull contained so much moisture. Although you conclude that the moisture is the result of a latent defect, that is merely your supposition. There has been no evidence uncovered to date that allows Travelers or anyone else to confirm or deny that the damage to the insured vessel was caused by a covered cause of loss. Please refer to our previous correspondence which states the policy conditions and exclusions that apply to this loss.

Regarding your inquiry as to whether or not I am authorized to accept process of service, I am not so authorized.

Please feel free to reach out to me at the number below should you wish to discuss this matter further.

Sincerely,

Betsy Pitts
Claim Professional
Direct: (860)277-9897
Office: (800)772-4482 Ext. 277-9897
Fax: (866)381-6247
Email: BCPITTS@travelers.com

CC: White's Bass River Marine LLC

COPY

## Commonwealth of Massachusetts

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO.: 2072CV00361

White's Bass River Marine
_____, PLAINTIFF(S),

v.

The Travelers, The Standard Fire Insurance Company
_____, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO <u>The Travelers, The Standard Fire Insurance Company</u> (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the <u>Barnstable Superior</u> Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, <u>Superior</u> Court, by mail to P.O. Box 425, or in person to 3195 Main Street, Barnstable, MA 02630, **AND**

   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: <u>Michael B. Stusse, Esq. 25 Mid Tech Dr., Ste. C, W. Yarmouth, MA 02673</u>

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on ___September 23___, 20_20_ (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson*

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20___    Signature: _____


N.B.    TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

## Commonwealth of Massachusetts

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2072CV00361

White's Bass River Marine
_____, PLAINTIFF(S),

v.

The Travelers, The Standard Fire Insurance Company
_____, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO The Travelers, The Standard Fire Insurance Company (Defendant's name).

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Barnstable Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your signed original response with the Clerk's Office for Civil Business, Superior Court, by mail to P.O. Box 425, or in person to 3195 Main Street, Barnstable, MA 02630, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: Michael B. Stusse, Esq. 25 Mid Tech Dr., Ste. C, W. Yarmouth, MA 02673

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on ___September 23___, 20_20_. (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson* (signature)

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20___   Signature: _____


N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1-88) | DOCKET NUMBER.<br>2072CV00361 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>White's Bass River Marine, LLC vs. Travelers, The Standard Fire Insurance Company | | Scott W. Nickerson, Clerk of Court<br>Barnstable County |
| Michael B Stusse, Esq.<br>Ardito Law Group, P.C.<br>25 Mid Tech Drive<br>Suite C<br>West Yarmouth, MA 02673 | | COURT NAME & ADDRESS<br>Barnstable County Superior Court<br>3195 Main Street<br>Barnstable, MA 02630 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**   **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 12/14/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 01/12/2021 | |
| All motions under MRCP 12, 19, and 20 | 01/12/2021 | 02/11/2021 | 03/15/2021 |
| All motions under MRCP 15 | 01/12/2021 | 02/11/2021 | 03/15/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 07/12/2021 | | |
| All motions under MRCP 56 | 08/10/2021 | 09/09/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 01/07/2022 |
| Case shall be resolved and judgment shall issue by | | | 09/14/2022 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.
This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 09/14/2020 | Scott W Nickerson | (508)375-6684 |

Date/Time Printed: 09-14-2020 15:53:18   SCV025\ 08/2018



STANDARD FIRE INSURANCE COMPANY
c/o Corporation Service Company
84 State Street
Boston, MA 02109

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF INSURANCE
1000 WASHINGTON STREET, SUITE 810
BOSTON, MA 02118-6200

